UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAM'BRI SEAN JOHNSON, SR.,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC ARNOLDS,<br><br>    Defendant. | No. 2:14-cv-02589 AC P<br><br><br>ORDER |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed September 30, 2016, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: November 9, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE